UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,
        Plaintiff,

    v.

SILVIO MARTINEZ,
        Defendant(s)

Criminal No. 07-437 (WHW)

## ORDER ON DEFENDANT SILVIO MARTINEZ' MOTION TO CONTINUE SENTENCING DATE OF SEPTEMBER 2, 2008

This matter having come before the Court on Defendant's Silvio Martinez' Motion to Continuance Sentencing Date of September 2, 2008 and noting agreement of counsel it is hereby GRANTED, that this matter be continued to September 23, 2008 @ 10:00 a.m.

_____
HON. WILLIAM H. WALS
UNITED STATES DISTRICT JUDGE