UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,:
          Plaintiff,  :

         Criminal No. 07-437 WHW

v.                   :

SILVIO MARTINEZ,     :
          Defendant(s)
_____/

## AGREED ORDER

**IT IS HEREBY ORDERED AND ADJUDGED** that the following terms and conditions of pre trial release are imposed and hereby replace and substitute the previously imposed conditions of pre trial release/bond:

a) On August 10, 2006, the Defendant was arrested on a warrant from the District of New Jersey and appeared before Magistrate Barry L. Garber, Southern District of Florida. The Court issued an Order authorizing pre trial release based on the conditions that the Defendant post a ten percent bond set to one million dollars ($100,000.00), execution of documents imposing $100,000.00 of collateral on real property with the Court and surrender of the Defendant's travel documents.

b) On September 20, 2006, Magistrate Garber issued an Order transferring the 10% bond deposited by the Defendant to the District of New Jersey.

c) The Clerk, District of New Jersey received the funds and currently holds same.

1

d) This Court and by stipulation of both the Defendant and the government hereby agrees to modify the bond conditions in the following fashion: This Court hereby directs the Defendant to refinance his home located at 17100 SW 296th Street, Homestead, Florida and once the refinancing is completed, the Defendant shall execute all documents necessary to impose and allow a lien in the amount of $200,000 in the stead of the original $100,000 to be placed on his home within thirty days of the refinancing of said property;

e) Upon the placement of said lien of the subject real property, the Court shall direct the Clerk to disburse, return and release the 10% bond currently held in the District of New Jersey in the amount $100,000 originally deposited in the United States District Court, Southern District of Florida.

f) All other conditions of pre trial release shall remain in place and in effect.

**DONE AND ORDERED** in Chambers on this ___14 July 2008___.

_____
UNITED STATES JUDGE WILLIAM H WALLS

**Copies furnished to:**

Robert N. Pelier, Esq.
4649 Ponce de Leon Blvd., Suite 305
Coral Gables, FL 33146

Andrew Kogan, Esq. A.U.S.A
Newark U.S. Attorney
970 Broad Street, 7th Floor
Newark, NJ 07102

2