RALPH J. MARRA, JR,
Acting United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2736
LAB0321
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>                              *Plaintiff,* <br> v. <br><br> SILVIO MARTINEZ, <br><br><br>                              *Defendant,* <br> and <br><br> WACHOVIA BANK, NA, <br> and its successors or assigns, <br><br>                              *Garnishee.* | Hon. William H. Walls <br><br> Criminal No. 07-437 <br><br> ORDER |

This matter having been opened to the Court by the Acting U.S. Attorney, Ralph J. Marra, Jr, for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this 16 day of June, 2009

ORDERED that the Application and Order for Writ of Garnishment in this matter is hereby WITHDRAWN.

                                                                            HON. WILLIAM H. WALLS
                                                                            Judge, U.S. District Court